

UNITED STATES POSTAL INSPECTION SERVICE
CHICAGO DIVISION

## Memorandum on the Calculation of Efoora, Inc. Shareholder Loss and Restitution.
## Prepared by U.S. Postal Inspector Paul Krenn, CPA, U.S. Postal Inspection Service.

### Revision 1. Incorporating Additional Findings as of June 10, 2008

At defendant Craig Rappin's request, the government reviewed with Mr. Rappin the loss calculations, to aide him in understanding how the figures were developed. During the course of this review, and upon further research based on questions raised by Mr. Rappin, several changes have become necessary to loss calculation submitted to the court.

The previous document provided the following summary as to restitution owed by each defendant:

*"According to these calculations, Rappin owes restitution in the amount of $39,649,195. We have calculated the total amount due from Grosky at $50,004,263. We have calculated the total amount due from Dokich at $55,130,612. The amounts are not mutually exclusive. The following chart summarizes the amount due from each defendant, and the period from which this amount originated."*

| Period | Rappin Shares Certificates | Value | Grosky Shares Certificates | Value | Dokich Shares Certificates | Value |
|---|---|---|---|---|---|---|
| 6/1/1999 - 3/1/2004 | 83,015,329 4,789 | $ 39,649,195 | 83,015,329 4,789 | $ 39,649,195 | 83,015,329 4,789 | $ 39,649,195 |
| 3/1/2004 - 6/30/2005 | | | 39,064,831 1,394 | 10,355,068 | 39,064,831 1,394 | 10,355,068 |
| 6/30/2005 - 5/31/2006 | | | | | 33,812,363 380 | 5,126,349 |
| Totals | 83,015,329 4,789 | $ 39,649,195 | 122,080,160 6,183 | $ 50,004,263 | 155,892,523 6,563 | $ 55,130,612 |

Restitution, By Defendant, By Covered Period

The first set of revisions is as follows, and results in a net overall decrease of $6,990.06. Given the dates of the victim's investments, and based upon the periods used to calculate the individual defendants' apportionment, the calculation is not equal as to all defendants.

The following table discloses the net change in restitution, by victim, and the impact to each defendant.


GOVERNMENT EXHIBIT
Supp.
Memo

| Certifi-cate ID | Shares | Previous Restitution Amount | Revised Restitution Amount | Issue Date | David Grosky | Melvin Dokich | Craig Rappin |
|---|---|---|---|---|---|---|---|
| 12385 | 2,000 | 480.00 | 1,000.00 | 12/1/2005 | | 520.00 | |
| 10439 | 6,000 | 1,440.00 | 1,980.00 | 3/5/2004 | 540.00 | 540.00 | |
| 12030 | 4,694 | 1,126.56 | 10,561.50 | 4/21/2005 | 9,434.94 | 9,434.94 | |
| 11248 | 4,000 | 960.00 | 4,000.00 | 9/2/2004 | 3,040.00 | 3,040.00 | |
| 5037 | 33,000 | 7,491.00 | 6,006.00 | 5/9/2000 | (1,485.00) | (1,485.00) | (1,485.00) |
| 10469 | 26,935 | - | 945.42 | 3/15/2004 | 945.42 | 945.42 | 945.42 |
| 7526 | 50,000 | - | 1,755.00 | 4/29/2002 | 1,755.00 | 1,755.00 | 1,755.00 |
| 7528 | 50,000 | - | 1,755.00 | 4/29/2002 | 1,755.00 | 1,755.00 | 1,755.00 |
| 7525 | 50,000 | - | 1,755.00 | 4/29/2002 | 1,755.00 | 1,755.00 | 1,755.00 |
| 7529 | 50,000 | - | 1,755.00 | 4/29/2002 | 1,755.00 | 1,755.00 | 1,755.00 |
| 7527 | 50,000 | - | 1,755.00 | 4/29/2002 | 1,755.00 | 1,755.00 | 1,755.00 |
| 7988 | 34,167 | - | 1,199.26 | 11/8/2002 | 1,199.26 | 1,199.26 | 1,199.26 |
| 11615 | 4,400 | - | 154.44 | 11/24/2004 | 154.44 | 154.44 | 154.44 |
| 7694 | 1,587 | - | 55.70 | 7/3/2002 | 55.70 | 55.70 | 55.70 |

| Certifi-cate ID | Shares | Previous Restitution Amount | Revised Restitution Amount | Issue Date | David Grosky | Melvin Dokich | Craig Rappin |
|---|---|---|---|---|---|---|---|
| 5790 | 1,000 | 230.00 | 1,000.00 | 8/29/2000 | 770.00 | 770.00 | 770.00 |
| 5819 | 133 | 30.59 | 199.50 | 9/20/2000 | 168.91 | 168.91 | 168.91 |
| 5820 | 67 | 15.41 | 100.50 | 9/20/2000 | 85.09 | 85.09 | 85.09 |
| 5757 | 1,000 | 230.00 | 1,000.00 | 8/29/2000 | 770.00 | 770.00 | 770.00 |
| 8630 | 10,000 | 25,000.00 | 20,000.00 | 6/19/2003 | (5,000.00) | (5,000.00) | (5,000.00) |
| 10085 | 1,000 | - | 2,000.00 | 1/16/2004 | 2,000.00 | 2,000.00 | 2,000.00 |
| 4992 | 80,000 | 18,160.00 | 20,000.00 | 5/9/2000 | 1,840.00 | 1,840.00 | 1,840.00 |
| 4558 | 2,000 | 454.00 | 500.00 | 3/30/2000 | 46.00 | 46.00 | 46.00 |
| 6783 | 102,000 | 57,120.00 | 25,500.00 | 9/20/2001 | (31,620.00) | (31,620.00) | (31,620.00) |
| 5793 | 1,000 | 230.00 | 2,000.00 | 8/29/2000 | 1,770.00 | 1,770.00 | 1,770.00 |
| 4565 | 1,000 | 250.00 | 500.00 | 3/30/2000 | 250.00 | 250.00 | 250.00 |
| 5754 | 667 | 153.41 | 1,000.50 | 8/29/2000 | 847.09 | 847.09 | 847.09 |
| 5792 | 2,500 | 575.00 | 2,500.00 | 8/29/2000 | 1,925.00 | 1,925.00 | 1,925.00 |
| 5760 | 1,000 | 230.00 | 1,000.00 | 8/29/2000 | 770.00 | 770.00 | 770.00 |
| 5822 | 133 | 30.59 | 199.50 | 9/20/2000 | 168.91 | 168.91 | 168.91 |

| Certifi-cate ID | Shares | Previous Restitution Amount | Revised Restitution Amount | Issue Date | David Grosky | Melvin Dokich | Craig Rappin |
|---|---|---|---|---|---|---|---|
| 7485 | 10,000 | 2,500.00 | 25,000.00 | 4/15/2002 | 22,500.00 | 22,500.00 | 22,500.00 |
| 10910 | 35,000 | 49,700.00 | 35,000.00 | 5/14/2004 | (14,700.00) | (14,700.00) | (14,700.00) |
| 5750 | 1,200 | 276.00 | 1,200.00 | 8/29/2000 | 924.00 | 924.00 | 924.00 |
| 5791 | 2,500 | 575.00 | 2,500.00 | 8/29/2000 | 1,925.00 | 1,925.00 | 1,925.00 |
| 6152 | 20,000 | 11,200.00 | 5,000.00 | 2/20/2001 | (6,200.00) | (6,200.00) | (6,200.00) |
| 4243 | 11,700 | 2,925.00 | 2,492.10 | 10/19/1999 | (432.90) | (432.90) | (432.90) |
| 7716 | 73 | 54.75 | 200.02 | 7/30/2002 | 145.27 | 145.27 | 145.27 |
| 8977 | 100 | 75.00 | - | 8/28/2003 | (75.00) | (75.00) | (75.00) |
| 8978 | 200 | 150.00 | - | 8/28/2003 | (150.00) | (150.00) | (150.00) |
| 5798 | 500 | 115.00 | 750.00 | 8/29/2000 | 635.00 | 635.00 | 635.00 |
| 6904 | 10,000 | 5,600.00 | 2,500.00 | 10/4/2001 | (3,100.00) | (3,100.00) | (3,100.00) |
| 5963 | 1,000 | 230.00 | 1,500.00 | 10/6/2000 | 1,270.00 | 1,270.00 | 1,270.00 |
| 3989 | 25,000 | 5,000.00 | - | 6/14/1999 | (5,000.00) | (5,000.00) | (5,000.00) |
| 5979 | 33 | 7.59 | 49.50 | 10/24/2000 | 41.91 | 41.91 | 41.91 |
| 10716 | 1,000 | 230.00 | 1,500.00 | 4/13/2004 | 1,270.00 | 1,270.00 | 1,270.00 |

| Certifi-cate ID | Shares | Previous Restitution Amount | Revised Restitution Amount | Issue Date | David Grosky | Melvin Dokich | Craig Rappin |
|---|---|---|---|---|---|---|---|
| 8815 | 11,000 | 8,250.00 | 2,750.00 | 8/5/2003 | (5,500.00) | (5,500.00) | (5,500.00) |
| 7507 | 1,600 | 2,400.00 | 4,000.00 | 4/15/2002 | 1,600.00 | 1,600.00 | 1,600.00 |
| 5960 | 500 | 115.00 | 750.00 | 10/6/2000 | 635.00 | 635.00 | 635.00 |
| 4716 | 3,300 | 749.10 | - | 4/11/2000 | (749.10) | (749.10) | (749.10) |
| | | | | Net Change | (7,510.06) | (6,990.06) | (20,525.00) |

The impact of this change upon the individual defendants is as follows:

- David Grosky, a reduction of $7,510.06
- Melvin Dokich, a reduction of $6,990.06
- Craig Rappin, a reduction of $20,525.00

This reduction is offset, however, as to David Grosky and Melvin Dokich, with the inclusion of investor losses attributed to Revenue Royalty Rights, which were sold to investors from approximately March 25, 2004 through September 4, 2004. Owners of the units were to be entitled to receive 2% of the Company's revenues for a five year period from the date of investment acceptance, paid semi-annually. In the event the owner of the royalty rights units did not receive at least a 2-1 return on original investment at the end of 5 years, royalty revenues continued until 200% was received by the investor. According to company documents prepared for an all employee meeting as of December 7, 2004, the company had raised one million dollars from the sale of revenue royalty rights. Subsequent to the preparation of the first loss document filed with the court, we have located copies of subscription agreements, investor checks, and a company prepared spreadsheet which, when combined, total $847,500 in additional investor losses.

| Last Name | First Name | Company Name | 2nd Last Name | 2nd First Name | Shares | Resti-tution Price per Share | Total Restitution | Issue Date |
|---|---|---|---|---|---|---|---|---|
| | DENNIS | | | GLENDA | 16 | 2,500 | 40,000 | 9/3/2004 |
| | GARY | | | MARY | 8 | 2,500 | 20,000 | 7/7/2004 |
| | STEVEN | | | CHERYL | 4 | 2,500 | 10,000 | 7/13/2004 |
| | RICHARD L | | | LOU ANN | 4 | 2,500 | 10,000 | 7/27/2004 |
| | ERICH | | | | 4 | 2,500 | 10,000 | 6/21/2004 |
| | JOSE | | | | 80 | 2,500 | 200,000 | 7/16/2004 |
| | RUSSELL | | | | 4 | 2,500 | 10,000 | 8/20/2004 |
| | NANCY | | | | 2 | 2,500 | 5,000 | 7/19/2004 |
| | GARY | | | | 1 | 2,500 | 2,500 | 7/1/2004 |
| | LAWRENCE | | | | 4 | 2,500 | 10,000 | 3/24/2004 |
| | STEVEN | | | | 10 | 2,500 | 25,000 | 8/19/2004 |
| | CARL | | | | 1 | 2,500 | 2,500 | 7/13/2004 |
| | HERBERT | | | | 5 | 2,500 | 12,500 | 7/13/2004 |
| | OSCAR | | | | 2 | 2,500 | 5,000 | 8/25/2004 |
| | BARBARA | | | | 1 | 2,500 | 2,500 | 9/4/2004 |
| | Theo. Paul | | | | 4 | 2,500 | 10,000 | 7/26/2004 |
| | EDWARD | | | PATRICIA | 20 | 2,500 | 50,000 | 7/13/2004 |
| | JOHN | | | | 1 | 2,500 | 2,500 | 8/2/2004 |
| | CLINT | | | | 4 | 2,500 | 10,000 | 7/13/2004 |
| | WILLIAM | | | | 2 | 2,500 | 5,000 | 7/13/2004 |
| | ORRIN | | | | 4 | 2,500 | 10,000 | 7/21/2004 |
| | MARSHALL | | | | 12 | 2,500 | 30,000 | 8/16/2004 |
| | ROBERT | | | JUANA | 2 | 2,500 | 5,000 | 3/25/2004 |
| | GEORGE | | | ESTHER | 1 | 2,500 | 2,500 | 8/26/2004 |
| | | | | | 10 | 2,500 | 25,000 | 8/9/2004 |

| Last Name | First Name | Company Name | 2nd Last Name | 2nd First Name | Shares | Resti-tution Price per Share | Total Restitution | Issue Date |
|---|---|---|---|---|---|---|---|---|
| | ROBERT | | | | 10 | 2,500 | 25,000 | 9/8/2004 |
| | SUSAN | | | | 4 | 2,500 | 10,000 | 6/28/2004 |
| | JOHN | | | | 2 | 2,500 | 5,000 | 9/15/2004 |
| | JEANINE | | | | 5 | 2,500 | 12,500 | 8/2/2004 |
| | LLOYD | | | | 2 | 2,500 | 5,000 | 7/19/2004 |
| | DANIEL | | | | 2 | 2,500 | 5,000 | 7/13/2004 |
| | | | | | 100 | 2,500 | 250,000 | 7/22/2004 |
| | | | | | 8 | 2,500 | 20,000 | 8/9/2004 |
| | | | | | | Total | 847,500 | |

Given the additional losses enumerated above, the final loss calculation by defendant is determined is as follows:

| Item | D. Grosky | M. Dokich | C. Rappin |
|---|---|---|---|
| Opening Loss Calculation | 50,004,263 | 55,130,612 | 39,649,195 |
| Reduction for Updated Information on Previous Investors | -7,510 | -6,990 | -20,525 |
| Addition for Inclusion of Royalty Rights Investors | 847,500 | 847,500 | 0 |
| Revised Restitution Amount | 50,844,253 | 55,971,122 | 39,628,670 |